# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Bobby DeAndre Davis-Bey,

        Plaintiff,        Case No. 16-cv-11707

v.        Judith E. Levy
        United States District Judge

City of Warren, *et al.*,

        Mag. Judge Mona K. Majzoub

        Defendants.

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION [69]**

On January 16, 2018, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation (Dkt. 69) recommending that the Court grant defendants' motion for summary judgment. (Dkt. 43.) The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless thoroughly reviewed the Report and Recommendation.

Plaintiff was arrested for interference with a lawful arrest, and received a trial based on charges stemming from that arrest. The Court adopts the reasoning of the Report and Recommendation insofar as it

determines that there is no constitutional right to interfere with a lawful arrest, regardless of whether the person interfering with the arrest is also filming the arrest. The Court otherwise adopts the reasoning and result of the Report and Recommendation. Accordingly,

The Report and Recommendation (Dkt. 69) is ADOPTED;

Defendants' motion for summary judgment (Dkt. 43) is GRANTED; and

This case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: February 14, 2018        s/Judith E. Levy
Ann Arbor, Michigan           JUDITH E. LEVY
                                        United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 14, 2018.

                                                  s/Shawna Burns
                                                  SHAWNA BURNS
                                                  Case Manager